**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| JOSEPH FLEMING,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, LEBANON CORRECTIONAL INSTITUTION,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:26-cv-981<br><br><br>District Judge Jeffery P. Hopkins<br>Magistrate Judge Karen L. Litkovitz |

**ORDER**

Petitioner's emergency motion to expedite proceedings and for immediate release (Doc. 2) is before the Court on an administrative matter. The Court notes that petitioner appears to attach to the motion a copy of a civil rights complaint. (*See* Doc. 2, at PageID 189-94).

In view of petitioner's *pro se* status, the **CLERK OF COURT** is **DIRECTED** to return a copy of those page (*i.e.*, Doc. 2, at PageID 189-94) to petitioner. If he wishes to include those pages as part of his habeas corpus petition in this action, he must file them in this case as a supplemental habeas corpus petition.

If petitioner wishes to pursue those pages as a separate civil rights action, he must file a civil complaint in this Court setting forth his civil claims, the facts in support of his claims (what happened to him), the names of the defendants (the persons who caused him harm or injury), and the relief requested (what he wants the Court to do for him). The filing fee for a civil complaint is $405 ($350 filing fee plus $55 administrative fee).

If petitioner feels he cannot afford to pay the filing fee for a civil action, then he may apply to proceed *in forma pauperis* pursuant to the Prison Litigation Reform Act (PLRA).

Pursuant to the PLRA, a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit an application and affidavit to proceed without prepayment of fees *and* a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint obtained from the cashier of the prison at which the prisoner is or was confined. 28 U.S.C. § 1915(a)(2).

The Court notes that it cannot act on the claims and issues raised in the complaint attached to the motion (*see* Doc. 2, at PageID 189-94) as they are now submitted. Accordingly, if petitioner wishes to continue with those claims and issues in this Court, he is **ORDERED** to file a supplemental habeas corpus petition in this case or separate civil rights complaint **within thirty (30) days** from the date of this Order. If petitioner elects to file a separate civil rights action, he is further **ORDERED** to pay the applicable filing fee or file a complete application and affidavit to proceed *in forma pauperis*, also **within thirty (30) days**.

The **CLERK OF COURT** is **further DIRECTED** to provide petitioner with an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form, a form civil rights complaint for incarcerated persons, and a habeas corpus form.

**IT IS SO ORDERED.**

September 30, 2026

Karen L. Litkovitz
KAREN L. LITKOVITZ
United States Magistrate Judge